STATE OF NEW YORK  
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT  
DOCUMENTS SERVED WITH INDEX#: 07CIV.3825   AND FILED ON   5/16/2007

| | |
|---|---|
| MARTHA FURLONG | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| KUMIKI GIBSON, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) SS  
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/23/2007 at 10:15AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES  
Party Served: KUMIKI GIBSON (herein called recipient) therein named.  
At Location: COMMISSIONER OF NYS DIVISION OF HUMAN RIGHTS  
ONE FORDHAM PLAZA  
BRONX NY 10458

By delivering to and leaving with JACQULINE BOWMAN, MANAGER a person of suitable age and discretion.  
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 5/23/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | BLACK | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 40 | Height | 5'5" | Weight | 145 |
| Other Features | | | GLASSES | | |

Sworn to before me on the 5/23/2007  
GAIL WILLIAMS  
Notary Public, State of New York  
No. 4665059  
Qualified in Westchester County  
Commission Expires September 30, 2010

Joseph Vallone  
Server's License#: 1100190

*Martha Furlong*

vs

*Kumiki Gibson indiv, The State of New York and New York State Division of Human Rights*

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

__Christopher Warner__, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on __May 23, 2007__ at __10:55 am__ M at __NYS Justice Bldg., Albany, NY__ deponent (did) did not serve the within Summons in a Civil Action & Complaint

on: __State of New York__ , __Defendant__ (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] A __xxxxxxxx__ corporation, by delivering thereat a true copy of each to __Cynthia Bogardus__ personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be __Authorized Agent__ thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex __Female__ Color of skin __White__ Color of hair __Black__ Approx.Age __51 - 65 Yrs.__ Approx.Height __5' 4" - 5' 8"__ Approx. weight __131 - 160 Lbs.__ Other _____

**#8 WIT. FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
__24th__ day of __May, 2007__

TIMOTHY L. GORDON
Notary Public, State of New York
Qualified in Rensselaer County
Reg. No. 01GO6100700
Commission Expires June 30, 2007

Christopher Warner

Invoice•Work Order # 0711131

**ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207**

MARTHA FURLONG

Vs.

KUMIKI GIBSON, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/23/2007 at 10:15AM, deponent did serve the within process as follows:

Process Served:

Party Served: SUMMONS, COMPLAINT, WP4 RULES AND ELECTRONIC FILING RULES

NEW YORK STATE DIVISION OF HUMAN RIGHTS (herein called recipient) therein named.

At Location: ONE FORDHAM PLAZA

BRONX NY 10458

By delivering to and leaving with JACQULINE BOWMAN and that deponent knew the person so served to be the MANAGING AGENT of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM    Color of Skin BLACK    Color of Hair BLACK
Age 40    Height 5'5"
Weight 145    Other Features GLASSES

Sworn to before me on 5/23/2007

Gail Williams (signature)

Joseph Vallone
Server's License#: 1100190

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in [illegible] County
Commission Expires September [illegible] 2010