

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

(212) 416-8567

ANDREW M. CUOMO
Attorney General

Division of State Counsel
Litigation Bureau

June 12, 2007

**VIA FACSIMILE**

Honorable George A. Yanthis
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re: <u>Furlong v. Gibson et al.</u>,
        07 CV 3825 (GAY)

Dear Judge Yanthis:

    This office represents Kumiki Gibson, Commissioner of the New York State Division of Human Rights and the New York State Division of Human Rights in the above-referenced action.

    I write to request an extension of time, from June 12, 2007 to and including July 12, 2007, to respond to the complaint. Counsel for plaintiff consents to this request which is the first such request.

    This extension is necessary to allow this office time to collect and review relevant records, discuss the action with the defendants, and prepare a proper response. Accordingly, it is respectfully requested that defendants have until July 12, 2007 to respond to the complaint.

    Thank you for your attention to this matter.

MOTION GRANTED
SO ORDERED: /s/
GEORGE A. YANTHIS, USMJ
6/13/07

Respectfully submitted,

Constantine A. Speres
Assistant Attorney General

cc: Jonathan Lovett, Esq. (Via Facsimile)
    LOVETT & GOULD
    <u>Attorneys for Plaintiff</u>

Division of State Counsel • Litigation Bureau
120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers

TOTAL P.02