UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK

---

MARTHA FURLONG,

                Plaintiff,

- against -             07 CV 3825 (GAY)

KUMIKI GIBSON, individually, the STATE OF     **NOTICE OF**
NEW YORK, and the NEW YORK STATE     **APPEARANCE**
DIVISION OF HUMAN RIGHTS,

                Defendants.

---

      Defendants the State of New York, the New York State Division of Human Rights, and Kumiki Gibson notify the Court that they are being represented in this action by Peter Sistrom, an Assistant Attorney General of the State of New York.

Dated:   June 27, 2007
         New York, New York

*/s/ Peter Sistrom*

Peter Sistrom
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
peter.sistrom@oag.state.ny.us
(212) 416-8658