

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial:
(212) 416-8568

June 27, 2007

BY FAX

The Honorable George A. Yanthis
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: Furlong v. Gibson, 07-CV-3825 (GAY)

Dear Judge Yanthis:

This office represents defendants the State of New York, the New York State Division of Human Rights, and its Commissioner, Kumiki Gibson, in this action. On their behalf—and with the consent of plaintiff's counsel—I write to respectfully request an extension of time to respond to the complaint—from July 12, 2007, to Friday, August 3, 2007.

Defendants have asked for one previous extension (on June 12, 2007), also with plaintiff's counsel's consent, which was granted. A colleague who has since left the Attorney General's office made that request. This action was reassigned to me late last week, and because of a long-ago scheduled family vacation in early July, I need this additional time to respond to the complaint.

APPLICATION GRANTED
SO ORDERED: /s/ George A. Yanthis 6/28/07
GEORGE A. YANTHIS, USMJ

Respectfully submitted,

Peter Sistrom
Assistant Attorney General

cc: Jonathan Lovett, Esq. (By fax)

120 Broadway, New York, N.Y 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02