# LOVETT & GOULD, LLP
### ATTORNEYS AT LAW

JONATHAN LOVETT

JANE BILUS GOULD

222 BLOOMINGDALE ROAD
WHITE PLAINS, N.Y. 10605

914-428-8401
FAX 914-428-8916

KIM PATRICIA BERG+

DRITA NICAJ+

+also admitted in New Jersey

**MEMO ENDORSED**

November 15, 2007

**VIA FACSIMILE**

Honorable Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: Furlong v. Gibson
07 Civ. 3825 (KMK)

Your Honor:

    We represent Plaintiff in the above-referenced matter and received permission to fax the instant correspondence from Eric in Chambers.

    Pursuant to the court conference held before Your Honor earlier today on this case and another case, Heitnzer v. Gibson, 07 Civ. 06699 (KMK), I mentioned that I intended to file a second amended complaint by tomorrow in both cases to clarify some things in the respective complaints. Following the conference, I realized that we cannot until we receive Your Honor's permission to do so since a first amended complaint has already been filed.

    Accordingly and with the consent of Assistant Attorney General Peter Sistrom who represents Defendants, we respectfully request leave to file a second amended complaint which will also include removing the State of New York and the New York State Division of Human Rights as Defendants and from the caption.

Respectfully submitted,

Drita Nicaj

DN/nb

cc:   Peter Sistrom, Esq. (via facsimile & first class mail)

So Ordered-

11/20/07