UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTHA FURLONG<br><br>             Plaintiff,<br><br>    - against -<br><br>KUMIKI GIBSON,<br><br>             Defendant. | 07-CV-3825(KMK)<br><br>**NOTICE OF APPEARANCE**<br><br>Electronically Filed |

　　PLEASE TAKE NOTICE that Andrew M. Cuomo, Attorney General of the State of New York, by Barbara K. Hathaway, Assistant Attorney General, shall appear as counsel of record for defendant Kumiki Gibson in the above referenced action.

Dated:    New York, New York
          January 17, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the
                                          State of New York
                                        Attorney for Defendant


                                        By: S/
                                        Barbara K. Hathaway
                                        Assistant Attorney General
                                        120 Broadway – 24th Floor
                                        New York, New York 10271
                                        (212) 416-8560