UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARTHA FURLONG,

        Plaintiff,

        -against-                       07 Civ. 3825 (KMK)(GAY)

KUMIKI GIBSON,

        Defendant.
------------------------------------------------------------X

      IT IS HEREBY ORDERED, that service of a subpoena for a deposition upon Edward Friedland by delivering the subpoena to a person of suitable age and discretion at Mr. Friedland's actual place of business and by mailing the subpoena to him at his actual place of business in an envelope marked personal and confidential and not indicating on the outside thereof that the communication is from an attorney shall be deemed good and sufficient service, and that

      Upon such service, Edward Friedland is ordered to appear for a deposition at a time and place in Las Vegas, Nevada to be noticed on September 25, 2008.

Dated: White Plains, New York
       September 12, 2008

                                            George A. Yanthis
                                            United States Magistrate Judge